UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14012-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

PAUL ROY PETERS, IV,

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued July 6, 2006 (D. E. #31). After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Paul Roy Petyers, IV is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of October, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Magistrate Judge Frank J. Lynch, Ft. Pierce
Diana M. Acosta, AUSA, Ft. Pierce
Dave Lee Brannon, AFPD
PreTrial Services